Rene L. Valladares
Federal Public Defender
Nevada Bar No. 11479
*Carmen Brooks
Assistant Federal Public Defender
Georgia Bar No. 750544
411 E. Bonneville Ave., Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577
Carmen_Brooks@fd.org

*Attorney for Petitioner Wilmer Villegas Lovato

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| Wilmer Villegas Lovato,<br><br>Petitioner<br><br>v.<br><br>Todd Blanche, *et al.*,<br><br>Respondents | Case No. 2:26-cv-02776-CDS-NJK<br><br>**Joint Stipulation to Dismiss Petition without Prejudice** |

Petitioner Wilmer Villegas Lovato and Respondents, Todd Blanche, *et al.*, through undersigned counsel, hereby submit this Stipulation to dismiss Mr. Villegas Lovato's Petition for Writ of Habeas Corpus without prejudice as Mr. Villegas Lovato was transferred to Arizona on September 4, 2026, then to El Paso, TX on September 5, 2026 to effectuate his removal to Mexico.

This dismissal without prejudice is warranted because counsel for Mr. Villegas Lovato, Assistant Federal Public Defender Carmen Brooks, had not, yet filed an Amended First Petition, which was due today. ECF No. 3.

On September 22, 2026, AFPD Brooks conferred with counsel for Respondents, Assistant United States Attorney Russell Webb. AUSA Webb and AFPD Brooks agreed to this joint stipulation for dismissal of the petition without prejudice.

Accordingly, the parties respectfully request that the Court approve this stipulation and dismiss the petition without prejudice.

Respectfully submitted this 28th day of September, 2026.

TODD BLANCHE
Attorney General of the United States
SIGAL CHATTAH, First Assistant
United States Attorney

/s/ *Russell Webb*
Russell Webb
Assistant United States Attorney

RENE L. VALLADARES
Federal Public Defender

/s/ *Carmen Brooks*
Carmen Brooks
Assistant Federal Public Defender

Based on the parties' stipulation, this case is dismissed without prejudice, with each party to bear its own costs and fees. The Clerk of Court is kindly instructed to close this case.

______________________________
UNITED STATES DISTRICT JUDGE

DATED: September 29, 2026